

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00325-CR

Carlos **MARQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-07-00117CRF
Honorable Russell H. Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 13, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice